UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20050-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**YOSVANI CARBONEL LEMUS**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Edwin G. Torres' Report and Recommendation on the CJA Voucher submitted by attorney Rae Shearn, entered on April 3, 2024 [ECF No. 622]. No objections have been filed to the Report. Therefore, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 622]** is **AFFIRMED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 8th day of April, 2024.

                                                             **CECILIA M. ALTONAGA**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record